**JAMES M. CHAVEZ**
California State Bar No. PENDING
**JOHN C. ELLIS, JR.**
California Bar No. 228083
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Garcia-Villegas

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) **JAVIER GARCIA-VILLEGAS,** ) ) Defendant. ) ) | Case No. 08mj1604  **NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

      Respectfully submitted,

Dated: May 29, 2008

      *s/ James M. Chavez*
      Federal Defenders of San Diego, Inc.
      *james_chavez@fd.org*

1 **JAMES M. CHAVEZ**
California State Bar No. PENDING
2 **JOHN C. ELLIS, JR.**
California Bar No. 228083
3 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
4 San Diego, California 92101-5030
Telephone (619) 234-8467
5 Facsimile (619) 687-2666
james_chavez@fd.org
6

7 Attorneys for Mr. Garcia-Villegas

8                             UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj1604 |
|----|---|---|---|
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | **PROOF OF SERVICE** |
| 14 | **JAVIER GARCIA-VILLEGAS**, | ) | |
| 15 | Defendant. | ) | |

16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20          **UNITED STATES ATTORNEY**
             efile.dkt.gc1@usdoj.gov,
21

22 Dated: May 29, 2008                          s/ *James M. Chavez*
                                                JAMES M. CHAVEZ
23                                              Federal Defenders of San Diego, Inc.,
                                                225 Broadway, Suite 900
24                                              San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
25                                              (619) 687-2666  (fax)
                                                e-mail: james_chavez@fd.org
26

27

28