1 | KAREN P. HEWITT
United States Attorney
2 | GEORGE V. MANAHAN
Assistant United States Attorney
3 | California State Bar No. 239130
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | (619) 557-7174 (Phone)        (619) 235-2757 (Fax)
E-mail: George.Manahan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08-CR-1761-JM; |
| | ) | 08-MJ-1604-AJB |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| JAVIER GARCIA-VILLEGAS, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

U S Attorney CR.

Please feel free to call me if you have any questions about this notice.

DATED: May 30, 2008.

KAREN P. HEWITT
United States Attorney

s/ *George V. Manahan*
George V. Manahan
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                        )<br>        Plaintiff,      )<br>                                        )<br>   v.                                   )<br>                                        )<br>JAVIER GARCIA-VILLEGAS,  )<br>                                        )<br>       Defendant.     )<br>_____) | Criminal Case No.    08-CR-1761-JM<br>                                  08-MJ-1604-AJB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

     I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

        James Michael Chavez
        Federal Defenders of San Diego, Inc.
        225 Broadway
        Suite 900
        San Diego, CA 92101
        Email: james_chavez@fd.org
        Attorney for Defendant

     I declare under penalty of perjury that the foregoing is true and correct.

     EXECUTED on May 30, 2008.

                                                           s/ *George V. Manahan*
                                                           GEORGE V. MANAHAN