UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1761JM |
| Plaintiff, | ) | |
| | ) | **I N F O R M A T I O N** |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| JAVIER GARCIA-VILLEGAS, | ) | Attempted Illegal Entry (Misdemeanor) |
| Defendant. | ) | |

On or about May 21, 2008, within the Southern District of California, defendant JAVIER GARCIA-VILLEGAS, being an alien, and having the conscious desire to enter the United States at a time and place other than as designated by immigration officers, did unlawfully attempt to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

DATED: May 29, 2008.

KAREN P. HEWITT
United States Attorney

GEORGE V. MANAHAN
Assistant U.S. Attorney