1  **JOHN C. ELLIS, JR.**
   California State Bar No. 228083
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: john_ellis@fd.org

5  Attorneys for Javier Garcia-Villegas

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE ANTHONY J. BATAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1761-JM(AJB) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| JAVIER GARCIA-VILLEGAS, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, John C. Ellis, Federal Defenders of San Diego, Inc., files this Notice of Appearance as *co-counsel* in the above-captioned case.

                                Respectfully submitted,

Dated:  June 4, 2008             s/ *John C. Ellis, Jr.*
                                **JOHN C. ELLIS, JR.**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Javier Garcia-Villegas
                                john_ellis@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 4, 2008                                    /s/ *John C. Ellis, Jr.*
                                                        **JOHN C. ELLIS, JR.**
                                                        Federal Defenders of San Diego, Inc.
                                                        225 Broadway, Suite 900
                                                        San Diego, CA  92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        Email: john_ellis@fd.org