KAREN P. HEWITT
United States Attorney
GEORGE V. MANAHAN
Assistant U.S. Attorney
California State Bar No. 239130
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7174
george.manahan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08-CR-1761-JM; |
|---|---|
| Plaintiff, | ) 08-MJ-1604-AJB |
| v. | ) TRIAL DATE: June 11, 2008 |
|  | ) TRIAL TIME: 9:00 a.m. |
| JAVIER GARCIA-VILLEGAS, | ) |
| Defendant. | ) **UNITED STATES' TRIAL MEMORANDUM** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and George V. Manahan, Assistant United States Attorney, and hereby files its Trial Memorandum.

**I**

**STATEMENT OF THE CASE**

**A.    INFORMATION**

On May 29, 2008, Javier Garcia-Villegas was arraigned on an Information charging him with one count of Attempted Illegal Entry (Misdemeanor), in violation of Title 8, United States Code, Section 1325(a)(1) and (2). Defendant entered a not guilty plea. On June 10, 2008, a superceding information was filed charging Defendant with one count of Attempted Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1) and one count of Eluding Examination or Inspection by Immigration Officers,

1 | in violation of 8 U.S.C. § 1325(a)(2).

**B.    TRIAL STATUS**

A bench trial is scheduled for June 11, 2008, at 9:00 a.m. before the Honorable Anthony J. Battaglia, United States Magistrate Judge. The United States expects its case-in-chief to last approximately one day.

**C.    DEFENSE COUNSEL**

Defendant is represented by appointed counsel, James Michael Chavez, Esq. And John C. Ellis, Esq.

**D.    DEFENDANT'S CUSTODY STATUS**

Defendant is in custody.

**E.    INTERPRETER**

The United States will not require the assistance of a Spanish-speaking interpreter for any of its witnesses.

**F.    JURY WAIVER**

Defendant is not entitled to a jury trial for this misdemeanor offense.

**G.    PRETRIAL MOTIONS**

Pretrial motions were due to the Court June 4, 2008.  The Court will hear all motions on June11, 2008 at 9:00 a.m.

**H.    STIPULATIONS**

The parties have not entered into any stipulations.

**I.    DISCOVERY**

The Government has fully complied with its discovery obligations.  To date, Defendant has not provided reciprocal discovery.

## II

## STATEMENT OF FACTS

**A.    Defendant's Apprehension**

On May 21, 2008, Border Patrol Agent Andrew Kim was performing line watch duties in Imperial Beach, California, in an area know as "Druckers," approximately 5 miles east of the San

1  Ysidro Port of Entry and 30 yards north of the International Border.  At approximately 5:39 p.m., a
2  Remote Video Surveillance System operator advised Agent Kim of two individuals heading north
3  from the International Boundary Fence.  Following his arrival in the described area, Agent Kim
4  observed an individual returning back to Mexico.  Subsequently, the RVSS operator advised Agent
5  Kim that the other individual had gotten past the concertina wire and entered the truck lanes just
6  north of the secondary fence.  The RVSS operator guided Agent Kim to a bush alongside the truck
7  lane where the individual was attempting to conceal himself.  The individual, later identified as
8  Javier Garcia-Villegas ("Defendant"), responded to a field interview by admitting he was born in
9  Mexican citizen and did not have immigration documents permitting him to enter or remain in the
10 United States legally.  Agent Kim arrested Defendant and subsequently had him transported to the
11 Imperial Beach Border Patrol Station for processing.
12         At approximately 8:12 p.m., Defendant received <u>Miranda</u> warnings from Border Patrol Agent
13 Ramon Villarreal and agreed to answer questions.  Defendant stated that he is a citizen of Mexico
14 and that he did not possess any documents allowing him to enter the United States.  According to
15 Defendant, he entered the United States from Mexico by climbing the fences separating the
16 countries.
17 **B.     Defendant's Immigration History**
18         Defendant is a citizen of Mexico.  An A-number was issued to Defendant as a result of the
19 instant arrest.
20 **C.     Defendant's Criminal History**
21         None.
22                                       **III**
23                                **APPLICABLE LAW**
24         To establish a violation of 8 U.S.C. § 1325(a)(1), the United States must prove beyond a
25 reasonable doubt that:
26     1.   Defendant was an alien at the time of his attempted entry into the United States;
27     2.   Defendant had the purpose, that is, the conscious desire to enter the United States at a
28          time or place other than as designated by immigration officers; and

3. Defendant did something that was a substantial step toward entering the United States at a time or place other than as designated by immigration officers.

4. It is a crime for an alien to attempt to enter the United States at any time or place other than as designated by immigration officers.

See 8 U.S.C. § 1325(a)(1); Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, §5.3 (West ed. 2003); United States v. Gracidas-Ulibarry, 231 F.3d 1188, 1196 (9th Cir. 2000).

To establish a violation of 8 U.S.C. § 1325(a)(2), the United States must prove beyond a reasonable doubt that:

1. Defendant was an alien at the time he eluded examination or inspection by immigration officers; and

2. Defendant knowingly and voluntarily eluded examination or inspection by immigration officers.

See 8 U.S.C. § 1325(a)(2); Committee on Model Criminal Jury Instructions - Ninth Circuit, Manual of Model Jury Instructions for the Ninth Circuit, §9.5 (West ed. 2003).

## IV

## WITNESSES

The Government reserves the right to add, omit, substitute or change the order of witnesses. Presently, the Government intends to call the following witnesses during its case-in-chief:

1. Sgt. Tim Gomer, California National Guard
2. United States Border Patrol Agent Andrew Kim
3. United States Border Patrol Agent Ramon Villarreal
4. United States Border Patrol Agent Alfonso Hernandez

## V

## EXHIBIT LIST

The Government will provide a final exhibit list on the morning of trial. Presently, the Government intends to offer into evidence the following:

1. May 21, 2008 videotaped interview of Defendant and transcription/translation of that

interview.

2. Photographs of apprehension area

## VI

## OTHER LEGAL ISSUES

All outstanding legal issues will be addressed at the June 11, 2008 motion hearing.

## VII

## PROPOSED VOIR DIRE

Not applicable.

## VIII

## JURY INSTRUCTIONS

No jury instructions are required for this bench trial.


DATED: June 10, 2008.            Respectfully submitted,

                                 Karen P. Hewitt
                                 United States Attorney

                                 s/ George V. Manahan
                                 GEORGE V. MANAHAN
                                 Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAVIER GARCIA-VILLEGAS,<br><br>  Defendant. | Case No. 08-CR-1761-JM;<br>            08-MJ-1604-AJB<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, George V. Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES' TRIAL MEMORANDUM** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

James Michael Chavez
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
Email: james_chavez@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2008.


       /s/ George V. Manahan
       GEORGE V. MANAHAN