```
                                    FILED

                                 08 JUN 10 AM 8:43



                            BY:   ECL          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>                 Plaintiff, )<br>        )<br>        v. )<br>        )<br>JAVIER GARCIA-VILLEGAS, )<br>        )<br>                 Defendant. )<br>        ) | Case No. 08cr1761-JM (AJB)<br><br>S U P E R C E D I N G<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325(a)(1) & (a)(2) -<br>Attempted Illegal Entry & Eluding Examination or<br>Inspection by Immigration Officers<br>(Misdemeanor) |

The United States Attorney charges:

<u>Count 1</u>

On or about May 21, 2008, within the Southern District of California, defendant JAVIER GARCIA-VILLEGAS, being an alien, and having the conscious desire to enter the United States at a time and place other than as designated by immigration officers, did unlawfully attempt to enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

///
///
///
///

08cr1761

#### Count 2

On or about May 21, 2008, within the Southern District of California, defendant JAVIER GARCIA-VILLEGAS, being an alien, knowingly and voluntarily eluded examination and inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(2), a misdemeanor.

DATED: June 10, 2008

KAREN P. HEWITT
United States Attorney

GEORGE V. MANAHAN
Assistant U.S. Attorney