MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

U.S.A. VS GARCIA-VILLEGAS

X Plaintiff ___ Defendant ___ Court   Type of Hearing: BENCH TRIAL

Case Number: 08CR1761-JM

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 06/11/08 | 06/11/08 | Photo of Border Fence #1 |
| 2 | 06/11/08 | 06/11/08 | Photo of Border Fence #2 |
| 3 | 06/11/08 | 06/11/08 | Bilingual Transcription and Translation of Interview of Defendant 5/21/08 |

H:\Pltf Exhibit list 08cr1761-JM.wpd