MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

U.S.A.   VS   JAVIER GARCIA-VILLEGAS

___ Plaintiff   X Defendant   ___ Court   Type of Hearing: BENCH TRIAL

Case Number: 08CR1761-JM

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 06/11/08 | 06/11/08 | I-214 (SPANISH) |
| B | 06/11/08 | | Printout of ticket |
| C | 06/11/08 | | Record of Deportable/Inadmissible Alien |
| D | 06/11/08 | 06/11/08 | Notification of rights |
| E | 06/11/08 | | Notice to appear |
| F | 06/11/08 | | Warrant of Arrest of Alien |
| G | 06/11/08 | | U.S. Visit Processing |
| H | 06/11/08 | | Declaration in support of Mr. Garcia-Villegas to Motion to Suppress |

H:\Exhibit list 08cr1761-JM.wpd