ORIGINAL

| | |
|---|---|
| 1  JOHN C. ELLIS, JR.<br>California State Bar No. 228083<br>2  JAMES M. CHAVEZ<br>California State Bar No. 255766<br>3  FEDERAL DEFENDERS OF SAN DIEGO, INC.<br>225 Broadway, Suite 900<br>4  San Diego, CA 92101-5008<br>(619) 234-8467/Fax: (619) 687-2666<br>5  E-Mail: john_ellis@fd.org/james_chavez@fd.org<br>6  Attorneys for Javier Garcia-Villegas | FILED<br>08 JUN 17 PM 3: 11<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>   Plaintiff, )<br>            )<br>v.          )<br>            )<br>JAVIER GARCIA-VILLEGAS, )<br>            )<br>   Defendant. )<br>_____) | Criminal No. 08CR1761-JM<br><br>NOTICE OF APPEAL TO<br><u>THE DISTRICT COURT</u> |

    Javier Garcia-Villegas, by and through his attorneys, John Ellis, Jr., James Chavez, and Federal Defenders of San Diego, Inc., hereby files this Notice of Appeal of his conviction and sentence on June 11, 2008, by the Honorable Magistrate Judge Anthony J. Battaglia.

    This appeal is made to the District Court Pursuant to Rule 58(g) of the Federal Rules of Criminal Procedure, 18 U.S.C. § 3402, 18 U.S.C. § 3742(g) and all other applicable statutes, case law and local rules.

                                    Respectfully submitted,

DATED:    June 17, 2008

                                    /s/ JAMES CHAVEZ<br>
                                    Federal Defenders of San Diego, Inc.<br>
                                    Attorneys for Javier Garcia-Villegas

H:\MLB\JCE\noticeapGarcia.wpd