# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,    | CASE NO. 08 CR 1761 JM |
|---|---|
| Plaintiff-Appellee,<br>vs.<br>JAVIER GARCIA-VILLEGAS,<br>Defendant-Appellant. | **APPEAL SCHEDULING ORDER** |

Appellant Javier Garcia-Villegas appeals his June 11, 2008 conviction and sentence by Magistrate Judge Anthony J. Battaglia. Following a bench trial, Magistrate Judge Battaglia found Appellant guilty of one count of illegal entry, a misdemeanor, in violation of 8 U.S.C. § 1325. Appellant brings this appeal pursuant to Federal Rule of Criminal Procedure 58(g) and 18 U.S.C. §§ 3402 and 3742(h).

The court hereby schedules the hearing for this appeal on September 12, 2008, at 1:30 p.m. (See Crim. L. R. 58.1(b)(3).) Pursuant to Criminal Local Rule 58.1(b)(4), the court further orders the following briefing schedule:

1. The Appellant shall serve and file the brief within 21 days after the date on which this order is filed.
2. The Appellee shall serve and file the brief within 21 days after service of Appellant's brief.

//

3.    The Appellant may serve and file a reply brief within seven days after service of the brief of the Appellee.

**IT IS SO ORDERED.**

DATED: July 7, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge