1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4
Attorneys for Mr. Garcia-Villegas
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1761-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOINT APPLICATION TO CONTINUE BRIEFING SCHEDULE** |
| JAVIER GARCIA-VILLEGAS, | ) | |
| Defendant. | ) | |

    Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John C. Ellis, Jr., James M. Chavez and Federal Defenders of San Diego, Inc., counsel for Javier Garcia-Villegas, along with Assistant United States Attorney George Manahan, that the briefing schedule be continued for at least two weeks such that appellants initial brief would be due at the earliest on August 11, 2008.

Respectfully submitted,

DdddATED: July 16, 2008    s/ James M. Chavez
**JAMES M. CHAVEZ**
Federal Defenders of San Diego, Inc.
Attorneys for Javier Garcia-Villegas

DATED: July 16, 2008    s/ George Manahan
**GEORGE MANAHAN**
Assistant United States Attorney

**JAMES M. CHAVEZ**
California State Bar No. PENDING
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Garcia-Villegas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1761-JTM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PROOF OF SERVICE** |
| ) | |
| **JAVIER GARCIA-VILLEGAS**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

GEORGE MANAHAN, ASSISTANT UNITED STATES ATTORNEY
george.manahan@usdoj.gov,barbara.townsend@usdoj.gov,Efile.dkt.gc1@usdoj.gov

Dated: July 1, 2008            s/ *James M. Chavez*
                               JAMES M. CHAVEZ
                               Federal Defenders of San Diego, Inc.,
                               225 Broadway, Suite 900
                               San Diego, CA 92101-5030
                               (619) 234-8467  (tel)
                               (619) 687-2666  (fax)
                               e-mail: james_chavez@fd.org