1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4
   Attorneys for Mr. Garcia-Villegas
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE JEFFREY T. MILLER)**

11 | UNITED STATES OF AMERICA,       )  Case No. 08CR1761-JM
                                     )
12 |            Plaintiff,           )
                                     )
13 | v.                              )  **DECLARATION OF JAMES M. CHAVEZ,**
                                     )  **IN SUPPORT OF JOINT MOTION TO**
14 | JAVIER GARCIA-VILLEGAS,         )  **CONTINUE BRIEFING SCHEDULE**
                                     )
15 |            Defendant.           )
   |_____)
16

17 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          GEORGE MANAHAN, ASSISTANT UNITED STATES ATTORNEY:
18

19         Comes now, James M. Chavez, and being first duly sworn, declares under penalty of perjury as

20 follows:

21         1.      I am an attorney duly licensed to practice law in the State of California. My California State

22 Bar Number is 255766, I am employed as an attorney for Federal Defenders of San Diego, Inc., the

23 Federal Community Defender Office for the Southern District of California. I am the attorney of record for

24 the accused, Javier Garcia-Villegas, in the above-captioned case.

25         2.      A continuance of the Appeal Scheduling Order is necessary for the following reasons: I still

26 have not received a copy of the trial transcript and will need adequate time to review it to provide effective

27 assistance of counsel.

28 //

1      3.    The notice of appeal was filed on June 17, 2008. A copy of the trial transcript was ordered at the same time. As of today, I still have not received a copy of the trial transcript.

    4.    I was told on the week of July 7th that I should receive a copy of the trial transcript by the following week, the week of July 14th. However, as of Wednesday, July 16th, I still have not received a trial transcript.

Therefore, I am respectfully requesting that the briefing schedule be continued at least two weeks such that appellants initial brief would be due at the earliest on August 11, 2008. If the trial transcript is provided to me as promised, this will allow me the 21 days allocated in the initial Appeal Scheduling Order.

I so declare under penalty of perjury that the above is true and correct. Dated this 16th day of July, 2008, in San Diego, California.

                                            *s/ JAMES M. CHAVEZ*
                                            **JAMES M. CHAVEZ**
                                            **Declarant**

**JAMES M. CHAVEZ**
California State Bar No. PENDING
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Garcia-Villegas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1761-JTM |
| Plaintiff, ) | |
| v. ) | **PROOF OF SERVICE** |
| **JAVIER GARCIA-VILLEGAS**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

GEORGE MANAHAN, ASSISTANT UNITED STATES ATTORNEY
george.manahan@usdoj.gov,barbara.townsend@usdoj.gov,Efile.dkt.gc1@usdoj.gov

Dated: July 1, 2008                    s/ *James M. Chavez*
                                       JAMES M. CHAVEZ
                                       Federal Defenders of San Diego, Inc.,
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       e-mail: james_chavez@fd.org