# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff-Appellee,<br>vs.<br><br>JAVIER GARCIA-VILLEGAS,<br><br>                       Defendant-Appellant. | CASE NO. 08 CR 1761 JM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING SCHEDULE** |

      Pursuant to the parties' joint motion (Doc. no. 26) and for good cause shown, the court hereby **GRANTS** the motion to continue the briefing schedule. Accordingly, the court **VACATES** the scheduling order issued on July 7, 2008 (Doc. no. 24) and **ORDERS** the following briefing schedule:

      1.    The Appellant shall serve and file the brief by August 11, 2008.

      2.    The Appellee shall serve and file the brief within 21 days after service of Appellant's brief.

      3.    The Appellant may serve and file a reply brief within seven days after service of the brief of the Appellee.

      The court further schedules the hearing for this appeal on September 26, 2008, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: July 25, 2008

                                                          Hon. Jeffrey T. Miller<br>
                                                          United States District Judge